IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAKIM BOND,** | : | |
| Plaintiff | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 17-2962** |
| **STEPHEN T. O'HANLON,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 16th day of October, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff Hakim Bond, #KQ-4097, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by plaintiff, an initial partial filing fee of $25.81 is assessed. The Superintendent or other appropriate official at the State Correctional Institution at Mahanoy or at any other prison at which plaintiff may be incarcerated is directed to deduct $25.81 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 17-2962. In each succeeding month when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 17-2962.

3. The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Mahanoy.

4. The complaint is DISMISSED for the reasons stated in the Court's memorandum. Any claims seeking relief for harm sustained by plaintiff's father are dismissed without prejudice. The remaining claims are dismissed with prejudice. Plaintiff may not file an amended complaint in this case.

5. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.